| *Attorney or Party without Attorney:*<br>Lilach H. Klein (SBN 323202)<br>CROSNER LEGAL, PC<br>9440 Santa Monica Blvd., Suite 301<br>Beverly Hills, CA 90210<br>*Telephone No:* (866) 276-7637<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>02005 - Boyd | ***For Court Use Only*** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* JOHN BOYD, individually and on behalf of all others similarly situated<br>*Defendant:* WISDOM NATURAL BRANDS | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:25-cv-12080-CV-RAO |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice of Assignment to United States Judges

3. *a. Party served:* WISDOM NATURAL BRANDS
   *b. Person served:* Aaron Henderson, CEO, Authorized to Accept served under F.R.C.P. Rule 4.

4. *Address where the party was served:* 1203 West San Pedro Street, Gilbert, AZ 85233

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jan 07 2026 (2) at: 01:31 PM

6. ***Person Who Served Papers:***
   a. Eric Henningsen (MC-7129, Maricopa County)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d.** ***The Fee*** *for Service was:* $173.20

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

01/07/2026
*(Date)*

*(Signature)*