**CROSNER LEGAL, P.C.**
Lilach H. Klein (SBN 323202)
*lilach@crosnerlegal.com*
Zachary M. Crosner (SBN 272295)
*zach@crosnerlegal.com*
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOHN BOYD, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WISDOM NATURAL BRANDS,

Defendant.

Case No. 2:25-cv-12080-CV(RAOx)

CLASS ACTION

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Judge: Hon. Cynthia Valenzuela

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), John Boyd ("Plaintiff") and Defendant Wisdom Natural Brands ("Defendant") (collectively "the Parties") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice. Because no class has been certified, the Parties agree this action may be dismissed in its entirety. Each party is to bear its own attorneys' fees, expenses, and costs.

DATED: July 14, 2026

Respectfully submitted,

*/s/ Lilach H. Klein*
LILACH H. KLEIN
*Counsel for Plaintiff*

DATED: July 14, 2026

Respectfully submitted,

*/s/ Daniel S. Wittenberg*
DANIEL S. WITTENBERG
*Counsel for Defendant*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-4.3.4**

The undersigned filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: July 14, 2026

*/s/ Lilach H. Klein*
Lilach H. Klein